**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Normann, | No. CV-11-411-PHX-SMM |
| Plaintiff, | |
| vs. | **ORDER** |
| JP Morgan Chase Bank, National Assoc., | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 29.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING** any and all claims with prejudice, with all parties to bear their respective costs and attorneys' fees.

DATED this 29th day of November, 2011.

Stephen M. McNamee
United States District Judge